

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-90,525-01

**EX PARTE JESSICA RENEA RIOS, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 1143421-A IN THE 185TH DISTRICT COURT FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offense of possession of methamphetamine and sentenced to 90 days.

On May 15, 2014, an order designating issues was signed by the trial court. On Oct. 9. 2019 observing that no further orders had been received within the time allotted by Tex. R. App. P. Rule 73.4, the district clerk correctly forwarded the application to this Court. However, the record before this Court indicates that the designated issue has still not been resolved. Further, Applicant uses the phrase, "collateral consequences," but she has not identified any collateral consequences resulting

from this conviction. We remand this application to the 185th District Court of Harris County to allow the trial judge to complete an evidentiary investigation and enter findings of fact and conclusions of law.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time must be requested by the trial court and shall be obtained from this Court.

Filed: November 20, 2019
Do not publish